ALLAN L. TUMARKIN, PLAINTIFF-PETITIONER, v. ADOLPH
FRIEDMAN, DEFENDANT-RESPONDENT.

See same case below: 17 *N. J. Super.* 20.

*Messrs. Sandles & Sandles* and *Mr. Joseph J. Schotland*
for the petitioner.

*Messrs. Gross & Gross* for the respondent.

April 28, 1952. Denied.

STATE OF NEW JERSEY, AT THE RELATION OF JAMES
M. MATTHEWS, SUBSTITUTED ADMINISTRATOR, ETS.,
PLAINTIFF-PETITIONER, v. NATIONAL SURETY COR-
PORATION, DEFENDANT-RESPONDENT.

See same case below: 17 *N. J. Super.* 137.

*Mr. Walter S. Keown* for the petitioner.

*Messrs. Carroll, Taylor & Bischoff* for the respondent.

April 28, 1952. Denied.